UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALETA HASKINS, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NEW JERUSALEM CHURCH OF GOD IN CHRIST, a Washington corporation, and GUIDE ONE INSURANCE, a corporation,<br><br>　　　　　　Defendant. | NO. 2:24-cv-01709-JHC<br><br>**ORDER GRANTING MOTION TO REALIGN DEFENDANT NEW JERUSALEM AS PLAINTIFF**<br><br>NOTE ON MOTION CALENDAR: November 8, 2024 |

　　Before the Court is Defendant GuideOne Insurance Company's Motion to Realign Defendant New Jerusalem as Plaintiff. Dkt. # 5. The Court has considered the Motion, all relevant records and pleadings on file, and the governing law. Being fully advised, the Court GRANTS the motion.

　　DATED this 12th day of November, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOHN H. CHUN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO REALIGN DEFENDANT NEW JERUSALEM AS PLAINTIFF – 2:24-cv-01709-JHC - 1