UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALETA HASKINS, an individual, and NEW JERUSALEM CHURCH OF GOD IN CHRIST, a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GUIDEONE INSURANCE, a corporation,<br><br>Defendant. | NO. 2:24-cv-01709-JHC<br><br>**ORDER RE: PLAINTIFF'S MOTION TO REMAND** |

Before the Court is Plaintiff Haskins's Motion to Remand. Dkt. # 4. The Court has considered all materials filed in support of and in opposition to the motion, the rest of the case file, and the governing law. Being fully advised, the Court rules as follows:

The Court STRIKES the Amended Complaint at Dkt. # 6. *See McGrath v. Home Depot USA*, Inc., 298 F.R.D. 601, 607 (S.D. Cal. 2014) (adopting approach of "cases applying 28 U.S.C. § 1447(e) to scrutinize the propriety of diversity destroying amendment"). Plaintiff Haskins may timely move to amend the complaint.

The Court DENIES the motion to remand without prejudice.

/

/

ORDER RE: PLAINTIFF'S MOTION TO REMAND - 1

DATED this 22nd day of November, 2024.

                                  JOHN H. CHUN
                                  UNITED STATES DISTRICT JUDGE

ORDER RE: PLAINTIFF'S MOTION TO REMAND - 2