UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALETA HASKINS, an individual, and NEW JERUSALEM CHURCH OF GOD IN CHRIST, a Washington corporation,<br>Plaintiff,<br><br>v.<br><br>GUIDEONE INSURANCE, a corporation,<br>Defendant. | CASE NO. 2:24-cv-01709-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) This case is hereby transferred to the Honorable Tiffany M. Cartwright, United States District Judge. All future documents filed in this case must bear cause numbers ending in "TMC" and must bear the new Judge's name in the upper right-hand corner of the document.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 10th day of February 2025.

Ravi Subramanian<br>
Clerk<br><br>
<i>/s/Ashleigh Drecktrah</i><br>
Deputy Clerk

MINUTE ORDER - 1